UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                           :

LAUREL HILBERT, *on behalf of himself and all others* :
*similarly situated*,                                            :
                                                           :

                            Plaintiff,          :                  25-CV-5970 (JMF)
                                                           :

           -v-                                 :                  ORDER
                                                            :

THINKING LSAT, LLC,                    :

                            Defendant.       :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

       SO ORDERED.

Dated: July 23, 2025
       New York, New York                                     
                                          JESSE M. FURMAN
                                    United States District Judge