```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREL HILBERT,

                Plaintiff,

      -v-

THINKING LSAT, LLC,

               Defendant.

**ORDER**

25-CV-5970 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated July 24, 2025, this case was referred to the undersigned for general pretrial supervision, including settlement. ECF No. 6.

    Within 3 days of service upon Defendant, Plaintiff is directed to file a letter on the docket requesting a conference with the undersigned to discuss settlement procedures and scheduling a future settlement conference.

**SO ORDERED.**

Dated: July 25, 2025
       New York, New York

                                              _____
                                              Henry J. Ricardo
                                              United States Magistrate Judge