```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN HILBERT,

                Plaintiff,

-v-

THINKING LSAT, LLC,

                Defendant.

**ORDER**

25-CV-5970 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss settlement procedures. By September 5, 2025, Defendant is directed to confer with a web consultant and then confer with Plaintiff regarding potential remediation.

    A conference is scheduled on **September 10, 2025,** at **2:00 p.m.** by telephone to discuss the status of the parties' settlement efforts. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 488 243 768#).

**SO ORDERED.**

Dated: August 27, 2025
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge